**ATTACHMENT A**
**Property to Be Searched**

This search warrant authorizes the search of a white Apple iPhone, hereinafter TARGET PHONE.



The TARGET PHONE is currently in storage at the FBI San Juan Field Office, Evidence Control Room, located at 140 Carlos Chardon Avenue, San Juan, Puerto Rico 00918. This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B
### Items to be Seized

1. All records on the TARGET PHONE that relate to violations of 18 USC §§ 1791(a)(1),(b)(3) (Providing or possessing contraband in prison – Suboxone, a Schedule III Controlled substance), 18 USC §§ 1791(a)(1),(b)(2) (Providing or possessing contraband in prison – Cocaine, a Schedule II Controlled substance), 18 USC §§ 1791(a)(1),(b)(2) (Providing or possessing contraband in prison – Fentanyl, a Schedule II Controlled substance), and 21 USC §§ 841(a)(1),(b)(1)(E) (Possession with intent to distribute Suboxone, a Schedule III Controlled Substance), 21 USC §§ 841(a)(1),(b)(1)(C) (Possession with intent to distribute a controlled substance)(Cocaine) and 21 USC §§ 841(a)(1), (b)(1)(C) (Possession with intent to distribute a controlled substance)(Fentanyl), and involve Luis Angel VARGAS-REYES, including:

   a. Any information and records related to the planning, execution, or concealment of drugs, drug paraphernalia, or any other contraband, or the attempt thereof to introduce said contraband into a federal facility, or other drug-trafficking acts;

   b. Any information related to VARGAS' schedule, location, or travel;

   c. Any records, information, digital images, videos, and or recordings depicting drugs, drug paraphernalia, weapons, or other objects related to contraband or other drug-trafficking activities;

   d. Any information related to or communication with potential conspirators, or those persons who aided in gaining access to MDC for the introduction of controlled substances;

   e. Lists of customers and related identifying information;

   f. Types, amounts, and prices of drugs trafficked as well as dates, places and amounts of specified transactions;

    g. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    h. Internet browser histories and downloads;

    i. Call logs, voicemail recordings, messages, emails and attachments;

    j. All bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the TARGET PHONE at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

    As used above, the terms "records" and "information" include all the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

    This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. This review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.